UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

SHANDRICA EDWARDS-EL as Administrator
of the Estate of IRVING MIZELL, Deceased, and
SHANDRICA EDWARDS-EL, Individually,

                                    Plaintiffs,

                    -against-

THE CITY OF NEW YORK, POLICE OFFICER
EARL JAVELLANA, POLICE OFFICER MEGAN
CARROLL and POLICE OFFICER TODD CRAVEN,

                                    Defendants.

-----------------------------------------------------------------------x

**Docket No.: 14-CV-4507 (SJ) (VMS)**

**AMENDED
ORDER OF SETTLEMENT
AND DISTRIBUTION**

### *ORDER OF FINAL SETTLEMENT AND DISTRIBUTION*

Upon reading and filing the Application of SHANDRICA EDWARDS-EL, Individually

and as the Administrator of the Estate of IRVING MIZELL a/k/a IRVING DWAYNE MIZELL,

Deceased, duly sworn to on the 3rd day of August, 2018 and the Affirmation of Thomas P. Giuffra,

Esq. dated August 9, 2018 and the Attorney's Supplemental Affirmation as to Disbursements dated

December 14, 2018, and upon the Attorney's Revised Affirmation in Support of Plaintiff's

Application to Approve the Revised Settlement dated June 13, 2019, and upon all the pleadings

and proceedings heretofore had herein, and due deliberation having been had herein, and it

appearing to the satisfaction of this Court that the settlement herein is in the best interests of all

the parties,

NOW, on motion of RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP, Attorneys for

Plaintiff, it is

ORDERED, that the Plaintiff SHANDRICA EDWARDS-EL, Individually and as

Administrator of the Estate of IRVING MIZELL, Deceased, is hereby authorized and

1

empowered to compromise and settle all causes of action against defendants THE CITY OF NEW YORK, POLICE OFFICER EARL JAVELLANA, POLICE OFFICER MEGAN CARROLL and POLICE OFFICER TODD CRAVEN, and to execute and deliver General Releases to said defendants for the total sum of $650,000.00, with the sum of $642,500.00 being paid by defendants THE CITY OF NEW YORK, POLICE OFFICER EARL JAVELLANA and POLICE OFFICER MEGAN CARROLL and the sum of $7,500.00 being paid by defendant POLICE OFFICER TODD CRAVEN; and it is further

ORDERED, that one hundred percent (100%) of the settlement shall be allocated to settle the cause of action alleging conscious pain and suffering and zero percent (0%) shall be allocated to the cause of action alleging wrongful death, with said cause of action for wrongful death being discontinued with prejudice; and it is further

ORDERED, that the defendants, THE CITY OF NEW YORK, POLICE OFFICER EARL JAVELLANA, POLICE OFFICER MEGAN CARROLL shall issue a check in the sum of $642,500.00 made payable to THE ESTATE OF IRVING MIZELL and RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP, as attorneys for the plaintiff; and it is further

ORDERED, that the defendant POLICE OFFICER TODD CRAVEN shall issue a check in the sum of $7,500.00 made payable to THE ESTATE OF IRVING MIZELL and RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP, as Attorneys for the plaintiffs and it is further

ORDERED, that the legal fees requested by the law firm of Rheingold Giuffra Ruffo & Plotkin LLP in the sum of $206,550.98 is hereby approved, plus reimbursement of disbursements expended in the sum of $30,347.05 for a total to said attorneys of $236,898.03; and it is further

ORDERED, that the balance of the settlement funds in the amount of $413,101.97 shall be distributed to the Estate of Irving Mizell; and it is further

2

ORDERED that the filing of a bond be dispensed with.

Dated: _____, 20__.


ENTER:


_____
Magistrate Judge Vera M. Scanlon