# EXHIBIT

# A

Rheingold Giuffra Ruffo & Plotkin LLP
Attorneys for the Plaintiff
551 Fifth Avenue, 29th Fl.
New York, N.Y. 10176
Tel:   (212) 684-1880

# RETAINER STATEMENT

*For office use:*

TO: OFFICE OF COURT ADMINISTRATION
Retainer and Closing Statements
PO Box 2016
Church Street Station
New York, NY 10008

1. Date of agreement as to retainer:

   January 31, 2014

2. Terms of compensation:
   Thirty three and one-third (33-1/3) percent of the sum
   Recovered, whether recovered by suit, settlement, or otherwise.
   Provided, that in the event extraordinary services are require, the attorney may apply to the Court for greater compensation.

3. Name and home address of client:
   Irving Mizell, deceased, by Shandrica Edwards-El
   3134 US Route 11, Parish, NY  13131

4. If engaged by an attorney, name and office address of retaining attorney:

5. If claim for personal injuries, wrongful death or property damage, date and place of occurrence:
   March 7, 2013, at New York Police Department, 120th Precinct, 78 Richmond Terrace, Staten Island, NY  10301.

6. If a condemnation or change of grade proceeding:
   (a) Title and description:
   (b) Date proceeding was commenced:
   (c) Number or other designation of the parcels affected:

7. Name, address, occupation, and relationship of person referring the client:
   Referred by Legal Referral Service of the Association of the Bar of the City of New York, 42 West 44th Street, New York, NY  10036 to Thomas P. Guiffra, Esq., member of undersigned firm. Referral no. 201318086.

Dated: New York, NY
       February 7, 2014

*(signature)*

THOMAS P. GIUFFRA, ESQ.

RHEINGOLD, VALET, RHEINGOLD, McCARTNEY & GIUFFRA LLP
113 East 37th Street, New York, NY  10016

1st Dist., 1st Dept., New York County

\* Set forth particulars as to the fee arrangement, the type of services to be rendered in the matter, the code number assigned to the statement of retainer filed by the retaining attorney and the date when said statement of retainer was filed.

Irving Mizell, Dec'd By Shondrica Edwards as
Petitioner Filed:

9772854 FEB 28 14